1

2

3

4

5

6               **UNITED STATES DISTRICT COURT**

7               **CENTRAL DISTRICT OF CALIFORNIA**

8

9    BOBBIE A. TYLER,                    )  Case No. ED CV 11-0441 JCG
                                          )
10             Plaintiff,                 )
                                          )
11        v.                              )  **JUDGMENT**
                                          )
12   MICHAEL J. ASTRUE,                    )
     COMMISSIONER OF SOCIAL               )
13   SECURITY ADMINISTRATION,             )
                                          )
14                                         )
                                          )
15             Defendant.                 )
                                          )

16

17

18        IT IS ADJUDGED that the decision of the Commissioner of the Social

19   Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

20   sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

21   with the Court's Memorandum Opinion and Order filed contemporaneously with the

22   filing of this Judgment.

23

24

25   Dated: December 6, 2011

26

27   _____
                            Hon. Jay C. Gandhi
28                          United States Magistrate Judge